# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| Antonio Castaneda, | Case No. 2:23-cv-00060-JAD-DJA |
|---|---|
| Plaintiff, | |
| v. | **Order** |
| David Barker, | |
| Defendant. | |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 8). The Court received notice that Plaintiff's mail was not deliverable with the explanation: "Inmate not housed at [High Desert State Prison]." (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address.

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **June 16, 2023.** Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed.

DATED: May 16, 2023.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE