**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Antonio Castaneda,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>David Barker,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00060-JAD-DJA<br><br>**Order** |

　　　　Plaintiff is an inmate in the custody of the Nevada Department of Corrections. Plaintiff was previously housed at the High Desert State Prison. On May 16, 2023, the Court ordered Plaintiff to update his address after the Court received Plaintiff's mail returned as undeliverable. (ECF No. 9). The Court required Plaintiff to update his address on or before June 16, 2023 and required that the order be mailed to Plaintiff. To date, Plaintiff has not updated his address. Plaintiff's mail was again returned as undeliverable on May 18, 2023 with a note that Plaintiff is "[h]oused @ WCC." (ECF No. 10).

　　　　It appears that Plaintiff did not receive the order requiring him to update his address because he is now housed at the Wells Conservation Camp. The Court will thus give Plaintiff one more opportunity to update his address. Plaintiff shall have until November 3, 2023 to update his address as required by Local Rule IA 3-1.

　　　　**IT IS THEREFORE ORDERED** that Plaintiff must update his address on or before **November 3, 2023. Failure to comply with this order may result in a recommendation of dismissal to the district judge.**

///

1   **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail a copy of this order to Plaintiff's last known address and to the below address:

**Antonio Castaneda #1208412**

Wells Conservation Camp

HC 67-50

Wells, Nevada 89835

DATED: October 4, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE