# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Antonio Castaneda, | Case No. 2:23-cv-00060-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| David Barker, | |
| Defendant. | |

This matter is before the Court on its review of the docket. On May 5, 2023, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed his complaint without prejudice and with leave to amend. (ECF No. 6). However, the Court received that mail returned as undeliverable. (ECF No. 8). The Court thus ordered Plaintiff to update his address on May 16, 2023, and again on October 4, 2023. (ECF Nos. 9, 11). Plaintiff updated his address on November 6, 2023. (ECF No. 13).

Now that Plaintiff has updated his address, the Court finds it appropriate to give him additional time to file an amended complaint. The Court will give Plaintiff thirty days from the date of this order to amend his complaint. The Court will also re-send Plaintiff a copy of the order granting his application to proceed *in forma pauperis* and screening his complaint along with a copy of the docket sheet.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **February 22, 2024** to file an amended complaint. Plaintiff is directed to refer to the instructions regarding amending his complaint contained in the Court's order regarding his *in forma pauperis* application and screening his complaint (ECF No. 6). **Failure to file an amended complaint by this date may result in a recommendation to the district judge that this case be dismissed.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of the Court's order regarding Plaintiff's *in forma pauperis* application and screening his complaint (ECF No. 6) and a copy of the docket sheet in this case.

DATED: January 23, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE